6-14-04JWL117062

DOCKETED
78678-042LIT4328 JUN 1 7 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 1 4 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES T. SULLIVAN, not individually, )
but as a Trustee of THE TECHNICAL )
ENGINEERING DIVISION PENSION FUND, )
LOCAL 130, U.A., etc., et al., )
                *Plaintiffs,* )
                 )
      v. )
                 )
PHILLIPS GETSCHOW CO., )
an Illinois corporation, )
             *Defendant.* )

No. 04 C 940

Judge David H. Coar

Magis. Judge Ian H. Levin

## RETURN OF SERVICE OF
## RULE (ORDER) TO SHOW CAUSE DATED MAY 12, 2004

Attached is the Return of Service on Respondent, Steve Beam, of the Rule (Order) to

Show Cause issued by the Court on May 12, 2004.

JAMES T. SULLIVAN, etc., et al.,
by their attorneys, John W. Loseman
and Douglas A Lindsay

John W. Loseman
Lewis, Overbeck & Furman, LLP
135 S. LaSalle Street
Suite 2300
Chicago, Illinois 60603
312.580.1258

Of Counsel:
Lewis, Overbeck & Furman, LLP
135 S. LaSalle Street, Suite 2300
Chicago, Illinois 60603
312.580.1200

State of Wisconsin
Oconto Co Sheriffs Office
Civil Process
Oconto, WI 54153

rocess Number:      1202                Court Number: 04C940

, Michael R Jansen, Sheriff of Oconto County, do hereby certify that I

eceived the within and foregoing Order To Show Cause on 4th day of June, 2004,

nd that I served the same on:

    Steve   Beam                                    (Defendant      )
    10528 Spring Hill Rd
    Gillett, WI   54124

    Served on: 10th day of June, 2004 at 10:05:00
    Served by: B Teteak

    Served to: Left at residence/Gail Beam               ()
               10528 Spring Hill Rd
               Gillett, WI   54124

 also certify that I endorsed on the said copy the date of service, signed my

ame, and added my official title thereto.

)ated the 10th day of June, 2004


                        Michael R Jansen, Sheriff
                        Oconto Co Sheriffs Office, Wisconsin

                    BY: _Michael R Jansen_____

                        B Teteak
                        Deputy Sheriff

4-21-04JWL117062                                                    78678-042LIT4328

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, not individually,                    )
but as a Trustee of THE TECHNICAL                       )
ENGINEERING DIVISION PENSION FUND,                      )
LOCAL 130, U.A., etc., et al.,                          )            No. 04 C 940
                        Plaintiffs,                     )
                                                        )            Judge David H. Coar
            v.                                          )
                                                        )            Magis. Judge Ian H. Levin
PHILLIPS GETSCHOW CO.,                                  )
an Illinois corporation,                                )
                        Defendant.                      )

## RULE (ORDER) TO SHOW CAUSE

This matter having come to be heard on Plaintiffs' Motion for Rule to Show Cause, due

notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted, and Steve Beam, president

of Defendant, Phillips Getschow Co., is ordered and directed to personally appear before the

Honorable David H. Coar, or such other judge sitting in his place and stead, in Courtroom _1419_

of the United States Courthouse, 219 S. Dearborn Street, Chicago, IL, on ___June 15___,

2004, at _9:00_ a.m./p.m., and then and there show cause why he should not be held in

contempt of Court for Defendant's failure to comply with the Judgment Order entered in this

matter on March 25, 2004.

Dated: _5-12-04_

ENTER:

_David H. Coar_

Honorable David H. Coar
United States District Court